IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| VINCENT GRAHAM, | ) | CASE NO.: 5:23-bk-00162-MJC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE MARK J. CONWAY |
| | ) | |
| MCLP ASSET COMPANY, INC. AS SERVICER | ) | |
| FOR NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| VINCENT GRAHAM, DEBTOR | ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 30th day of October 2023

    Respectfully submitted,
    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 30th day of October 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 5:23-bk-00162-MJC)

*DEBTORS*
VINCENT GRAHAM
585-587 MCKINLEY ST
HAZLETON, PA 18201-4009

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
MAIL@CIBIKLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV