IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: )<br>VINCENT GRAHAM, )<br>)<br>    DEBTOR. )<br>)<br>MCLP ASSET COMPANY, INC. AS SERVICER)<br>FOR NEWREZ LLC D/B/A SHELLPOINT )<br>MORTGAGE SERVICING )<br>)<br>    MOVANT )<br>)<br>VINCENT GRAHAM, DEBTOR )<br>AND JACK N ZAHAROPOULOS, TRUSTEE )<br>)<br>    RESPONDENTS ) | CASE NO.: 5:23-bk-00162-MJC<br>CHAPTER 13<br>JUDGE MARK J. CONWAY |

### POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED OCTOBER 17, 2006

Mortgage Recorded on <u>March 30, 2007,</u> in the Office of the City Register of the City of New York, as Instrument No. <u>2007000164840</u>

**Property Address:**
283 Sheperd Avenue
Brooklyn, NY 11208

**Mortgage Servicer**
NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Post-Petition mailing address for Debtor to send payments:**

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
(800) 365-7107

**Mortgagors/Debtors:**
**Estate of Roberta Graham**

**Payments are contractually due:**

Monthly X    Semi-Monthly ___    Bi-Weekly ___    Other ___

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest | $ 3,138.94 |
| Escrow | $ 554.23 |
| Insurance | $ 0.00 |
| Late Charge | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL** | $ 3,693.17 |

**POST-PETITION PAYMENTS** Petition was filed on **January 26, 2023**

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 9** as of **10/24/2023**

**TOTAL AMOUNT OF POST-PETITION ARREARS: $33,238.53** as of **10/24/2023**

Date: November 10, 2023

Newrez LLC d/b/a Shellpoint Mortgage Servicing
Mortgage Company

Alexus Polk, Bankruptcy Case Manager
(Print Name and Title)