IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| VINCENT GRAHAM, | ) | CASE NO.: 5:23-bk-00162-MJC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE MARK J. CONWAY |
| | ) | |
| MCLP ASSET COMPANY, INC. AS SERVICER | ) | |
| FOR NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| VINCENT GRAHAM, DEBTOR | ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that Debtor's attorney has not consented to relief. The concurrence in this Motion was sought on <u>November 8, 2023</u>. Trustee does not typically consent without Debtor's consent

Date: <u>November 10, 2023</u>

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant