IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| VINCENT GRAHAM, ) | CASE NO.: 5:23-bk-00162-MJC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE MARK J. CONWAY |
| ) | |
| MCLP ASSET COMPANY, INC. AS SERVICER) | |
| FOR NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VINCENT GRAHAM, DEBTOR ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay pursuant to 11 U.S.C. §362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further.

ORDERED, that MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property described as **283 Sheperd Avenue, Brooklyn, NY 11208**, including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property., and it is further

ORDERED that The MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

    BY THE COURT

    _____
    U.S. Bankruptcy Court Judge