# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:

Vincent Graham,

    Debtor.

Case No. 5:23-bk-00162-MJC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

SN Servicing Corporation as servicer for U.S
Friedman Vartolo LLP
1325 Franklin Ave
Suite 160
Garden City, NY 11530-1631

AcceptanceNOW
Attn: Bankruptcy 5501
Headquarters Drive
Plano, TX 75024-6191

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

City of Hazleton
40 N Church St
Hazleton, PA 18201-5862

Comenity/Burlington
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117-5524

Greater Hazleton Joint Sewer Authority
PO Box 651
Hazleton, PA 18201-0651

Hazleton Area School District
1515 W 23rd St
Hazle Townshp, PA 18202-1647

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Luzerne County Tax Claim Bureau
c/o Elite Revenue Solutions
200 North River Street
Wilkes Barre, PA 18711-1004

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Bank Trust N.A.
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Date: November 15, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com