IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| VINCENT GRAHAM, | ) | CASE NO.: 5:23-bk-00162-MJC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE MARK J. CONWAY |
| | ) | |
| MCLP ASSET COMPANY, INC. AS SERVICER | ) | |
| FOR NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| VINCENT GRAHAM, DEBTOR | ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MCLP ASSEST COMPANY, INC. AS SERVICER FOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING 'S MOTION FOR RELIEF (DOCKET NO. 49)**

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on the Motion for Relief that was filed on November 10, 2023. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 27, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## CERTIFICATE OF SERVICE

 I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on November 28, 2023, by first class mail, and/or electronic means upon those listed below:

                Respectfully submitted,

                /s/ Joshua I. Goldman
                JOSHUA I. GOLDMAN, ESQ.
                Pennsylvania Bar # 205047
                PADGETT LAW GROUP
                6267 Old Water Oak Road, Suite 203
                Tallahassee, FL 32312
                (850) 422-2520 (telephone)
                (850) 422-2567 (facsimile)
                josh.goldman@padgettlawgroup.com
                *Counsel for Movant*

# SERVICE LIST (CASE NO. 5:23-bk-00162-MJC)

*DEBTORS*
VINCENT GRAHAM
585-587 MCKINLEY ST
HAZLETON, PA 18201-4009

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
MAIL@CIBIKLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV