IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| VINCENT GRAHAM, ) | CASE NO.: 5:23-bk-00162-MJC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE MARK J. CONWAY |
| ) | |
| MCLP ASSET COMPANY, INC. AS SERVICER) | |
| FOR NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VINCENT GRAHAM, DEBTOR ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## ORDER

Upon consideration of MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay pursuant to 11 U.S.C. §362(d), no response having been filed, after Notice and opportunity for a hearing, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing; and it is further.

ORDERED, that MCLP Asset Company, LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property described as **283 Sheperd Avenue, Brooklyn, NY 11208**, including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 1, 2023