UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Graham<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust<br>v.<br><br>Vincent Graham<br>Roberta Graham – Co-Debtor<br>Jack N. Zaharopoulos<br>Respondents | CASE NO.: 23-00162-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: April 12, 2024 @ 10:00 AM<br><br>Objection Deadline: March 19, 2024 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**PLEASE TAKE NOTICE,** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. § 362 (d)(1) with respect to the property located at 585-587 McKinley Street, Hazleton, PA 18201.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 19, 2024 you or your attorney must do all of the following:

   (a) file an answer explaining your position at
   United States Bankruptcy Court
   Middle District of Pennsylvania
   Max Rosenn U.S. Courthouse
   197 South Main Street, Room 274
   Wilkes-Barre, PA 18701

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

Lauren Moyer
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Mark J. Conway at Max Rosenn U.S. Courthouse , 197 South Main Street, Room 274, Wilkes-Barre, PA 18701 on   April 12, 2024   at   10:00 AM  , unless otherwise ordered by the Court.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 570-831-2500 to find out whether the hearing has been canceled because no one filed an answer.

Dated: March 5, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

Roberta Graham
585-587 McKinley Street
Hazelton, PA 18201
Bankruptcy Co-Debtor

Vincent Graham
585-587 McKinley Street
Hazleton, PA 18201
Bankruptcy Debtor

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee