UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Graham<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust<br>v.<br><br>Vincent Graham<br>Roberta Graham – Co-Debtor<br>Jack N. Zaharopoulos<br>Respondents | CASE NO.: 23-00162-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: April 12, 2024 @ 10:00 AM<br><br>Objection Deadline: March 19, 2024 |

## **CERTIFICATE OF NON-CONCURRENCE**

I, Lauren Moyer, Esq., hereby certify that I provided a copy of the annexed Motion for Relief from the Stay to Debtor's Counsel and the Trustee on  February 29, 2024  and requested their concurrence. The undersigned does further certify that as of  February 29, 2024 .

Dated: March 5, 2024

                                                    By: /s/ Lauren Moyer
                                                  Lauren Moyer, Esq.
                                                  **FRIEDMAN VARTOLO LLP**
                                                  Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust
                                                  1325 Franklin Avenue, Suite 160
                                                  Garden City, NY 11530
                                                  T: (212) 471-5100
                                                  F: (212) 471-5150
                                                  Bankruptcy@FriedmanVartolo.com