# Exhibit "E"

**LOCAL BANKRUPTCY FORM 4001-1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Vincent Graham       :    **CHAPTER 13**
                      :

Debtor                 :    **CASE NO.** 5 - 23 -bk- 00162
                      :
                      :
      **Debtor(s)**      :

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED October 27, 2006

Recorded on 10/27/2006 , in Hazelton **County,** at Book 3006, Page 296247 .

Property Address:

585-587 McKinley Street, Hazleton, PA 18201

Mortgage Servicer:

SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust

Post-petition mailing address for Debtor(s) to send payment:

SN Servicing Corporation, P.O. Box 660820, Dallas, TX 75266-0820

Mortgagor(s)/Debtor(s):

Roberta Graham, Vincent Graham

Payments are contractually due:

Monthly ✓    Semi-monthly ☐    Bi-weekly ☐    Other _____

Each Monthly Payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest....... | $600.11 | |
| R.E. Taxes...................... | | |
| Insurance....................... | | |
| Late Charge.................... | | |
| Other............................ | $690.71 | (Specify: Escrow ) |
| **TOTAL**........................ | $1,290.82 | |

**POST-PETITION PAYMENTS** (Petition was filed on February 24, 2023 )

** SEE ATTACHED PAY HISTORY **

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: __13__ as of __February 23, 2024__.

TOTAL AMOUNT OF POST-PETITION ARREARS: __$18,029.66__ as of __February 23, 2024__.

Dated: __2/28/2024__

C/O    SN Servicing Corporation
_____
Mortgage Company

Angela K. Viale Bankruptcy Asset Manager
_____
(Print Name and Title)

(2)

POST-PETITION PAYMENTS (Bankruptcy Filed January 26, 2023)

| Amount Due | Due Date | Mo/Yr Payment Applied | Amount Received | Date of Payment | Running Suspense |
|---|---|---|---|---|---|
| $1,290.82 | 02/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 03/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 04/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 05/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 06/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 07/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 08/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 09/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 10/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 11/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 12/01/2023 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 01/01/2024 | n/a | $0.00 | n/a | $0.00 |
| $1,290.82 | 02/01/2024 | n/a | $0.00 | n/a | $0.00 |
| Total: $16,780.66 | | | $0.00 | | $0.00 |