UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Vincent Graham
              Debtor

SN Servicing Corporation as servicer
for U.S. Bank Trust National
Association as Trustee for the Igloo
Series IV Trust
v.

Vincent Graham
Roberta Graham – Co-Debtor
Jack N. Zaharopoulos
              Respondents

CASE NO.: 23-00162-MJC

CHAPTER 13

Judge: Mark J. Conway

Hearing Date: April 12, 2024 @ 10:00 AM

Objection Deadline: March 14, 2024

## CERTIFICATE OF SERVICE

I, Lauren Moyer, Esq., certify that on  March 5, 2024 , I caused to be served a true copy

of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC**

**STAY, AND SUPPORTING DOCUMENTS**, electronically and by mailing by First Class Mail

in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the

U.S. Postal Service addressed to the last known address of the addressee, and the property address

as indicated on the attached Service List annexed hereto.

Dated: March 5, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association as Trustee
for the Igloo Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

Roberta Graham
585-587 McKinley Street
Hazelton, PA 18201
Bankruptcy Co-Debtor

Vincent Graham
585-587 McKinley Street
Hazleton, PA 18201
Bankruptcy Debtor

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee