UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     Vincent Graham<br>           Debtor | CASE NO.: 23-00162-MJC |
| | CHAPTER 13 |
| SN Servicing Corporation as servicer<br>for U.S. Bank Trust National<br>Association as Trustee for the Igloo<br>Series IV Trust<br>v. | Judge: Mark J. Conway |
| | Hearing Date: April 12, 2024 @ 10:00 AM |
| Vincent Graham<br>Roberta Graham – Co-Debtor<br>Jack N. Zaharopoulos<br>           Respondents | Objection Deadline: March 19, 2024 |

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

      I, Lauren Moyer, Esq., hereby certify that I provided a copy of the annexed Motion for Relief from the Stay to Debtor's Counsel and the Trustee on   February 29, 2024   and requested their concurrence. The undersigned does further certify that as of   February 29, 2024  .

Dated: March 5, 2024

                     By: /s/ Lauren Moyer
                     Lauren Moyer, Esq.
                     **FRIEDMAN VARTOLO LLP**
                     Attorneys for SN Servicing Corporation as servicer
                     for U.S. Bank Trust National Association as Trustee
                     for the Igloo Series IV Trust
                     1325 Franklin Avenue, Suite 160
                     Garden City, NY 11530
                     T: (212) 471-5100
                     F: (212) 471-5150
                     Bankruptcy@FriedmanVartolo.com