# Exhibit "C"

## JOAN HOGGARTH
## LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA 18711
(570) 825-1641

*RETURN DOCUMENT TO:
WELLS FARGO - LSA L2

Instrument Number - 201712629
Recorded On 3/7/2017 At 2:04:17 PM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number -        User ID: MJH        *Total Pages - 3
* Mortgagor - WELLS FARGO BANK  GRAHAM, ROBERTA
* Mortgagee - CHRISTIANA TRUST
* Customer - WELLS FARGO - LSA L2

*FEES
| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $35.50 |
| COUNTY RECORDING FEE | $18.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| RECORDER'S ARCHIVES FEE | $3.00 |
| PIN CERTIFICATIONS | $0.00 |
| TOTAL PAID | $ .00 |



I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER
T7SE22-3-11A
Total Property Identification Numbers: 1

### THIS IS A CERTIFICATION PAGE

# Do Not Detach

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - 201712629        BOOK: 3017   PAGE: 45800

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
T7SE22 -3 -11A - HAZLETON CITY
CERTIFIED 03/03/2017 BY RA

PREPARED BY: WELLS FARGO BANK, N.A.

When Recorded Return To:
ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD #200
MAC: N9289-018
EAGAN, MN 55121-4400

Assessor's/Tax ID No.

## CORPORATE ASSIGNMENT OF MORTGAGE

Luzerne, Pennsylvania
"GRAHAM"

Date of Assignment: February 15th, 2017
Assignor: WELLS FARGO BANK, N.A.
Assignee: WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE BROUGHAM FUND I TRUST

I hereby certify the precise address of the within named Assignor is 1 HOME CAMPUS, DES MOINES, IA 50328.

I hereby certify the precise address of the within named Assignee is 13266 BYRD STREET, #447, ODESSA, FL 33556.

Executed By: ROBERTA GRAHAM, UNMARRIED AND VINCENT GRAHAM, HER SON To: WELLS FARGO BANK, N.A.
Date of Mortgage: 10/27/2006 Recorded: 10/27/2006 in Book/Reel/Liber: 3006 Page/Folio: 296247 as Instrument/Document: 5732062 In the County of Luzerne, State of Pennsylvania.
Property Address: 585-587 MCKINLEY STREET, HAZLETON, PA 18201 in the City of HAZLETON

I do certify that the precise address of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF THE BROUGHAM FUND I TRUST is 13266 BYRD STREET, #447, ODESSA, FL 33556
Attested By: Dereje D. Bodada

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $126,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's interest under the Security Instrument.

TO HAVE AND TO HOLD the said Security Instrument, and the said property unto the said assignee forever, subject to the terms contained in said Security Instrument.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

WELLS FARGO BANK, N.A.
On 2/21/17

By: *[signature]*
Dereje D. Badada
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 2/21/2017, before me, Jennifer Rae Anderson, a Notary Public in the State of Minnesota, personally appeared Dereje D. Badada, Vice President Loan Documentation of WELLS FARGO BANK, N.A., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*[signature]*
Jennifer Rae Anderson
Notary Expires: 1/31/2020

*[Notary seal: JENNIFER RAE ANDERSON, Notary Public - Minnesota, My Commission Expires Jan 31, 2020]*

*[COPY stamp]*

(This area for notarial seal)

## JOAN HOGGARTH
## LUZERNE COUNTY CLERK OF RECORDS
## DIVISION OF JUDICIAL SERVICES AND RECORDS



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA 18711
(570) 825-1641

**RETURN DOCUMENT TO:**
MERIDIAN ASSET SERVICES - API
3201 34TH ST S STE 310
ST PETERSBURG, FL 33711

**Instrument Number - 202118541**
Recorded On 3/29/2021 At 10:16:07 AM
*Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number -        User ID: JLC        *Total Pages - 3
*Mortgagor - CHRISTIANA TRUST  GRAHAM, ROBERTA
*Mortgagee - NWL COMPANY, LLC
*Customer - SIMPLIFILE LC E-RECORDING

*FEES
| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| COUNTY RECORDING FEE | $18.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| RECORDER'S ARCHIVES FEE | $3.00 |
| PIN CERTIFICATIONS | $20.00 |
| TOTAL PAID | $83.75 |



I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER
T7SE22-3-11A
Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

**INSTRUMENT NUMBER -** 202118541    **BOOK:** 3021   **PAGE:** 77316

Record & Return To

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
T7SE22 -3  -11A    -    HAZLETON CITY
       CERTIFIED 03/23/2021 BY RA
```

Prepared by: Carin Canter

Tax Parcel/UPI #: ███████

Loan ███████

Deal Name: PAF-Due Diligence

PA, Luzerne

## ASSIGNMENT OF MORTGAGE

Made this day of: 1-26-2021

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as trustee of the Brougham Fund I Trust, PO Box 447, Odessa, FL, 33556, herein ("Assignor"), does hereby grant, sell, assign, transfer and convey, without recourse unto NWL Company, LLC, PO Box 844, New York, NY 10108, herein ("Assignee") that certain MORTGAGE recorded in Luzerne County, PA referenced below;

Original Mortgagor(s): Roberta Graham, unmarried and Vincent Graham, her son
Original Mortgagee: Wells Fargo Bank, N.A. Dated: 10/27/2006 Recorded: 10/27/2006 Book: 3006 Page: 296247 Instrument: 5732062
Parcel Tax ID: 71-T7SE22-003-11A-000    City: Hazelton - Municipality

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said document referenced above.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the document above-described.

I hereby certify that the precise address of the within named Assignee is PO Box 844, New York, NY 10108.
By: /s/

Bruce Thorman

Page 2
Loan █████

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective 1-26-2021.

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of the Brougham Fund I Trust

By: _____
Name: Bruce Korman
Title: Attorney-in-Fact

POA recorded 07/17/2019 Inst: 201938325

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this 26 day of January, 2021, by Bruce Korman, who: [X] is personally known to me or [ ] produced _____ as identification.

_____
NOTARY PUBLIC (signature)
Print Name: Carin N. Canter
My Commission Expires: 3-3-2024
Stamp/Seal:

CARIN N. CANTER
MY COMMISSION # GG 960068
EXPIRES: March 3, 2024
Bonded Thru Notary Public Underwriters

## JOAN HOGGARTH
## LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA 18711
(570) 825-1641

\*RETURN DOCUMENT TO:
MERIDIAN ASSET SERVICES - API
3201 34TH ST S STE 310
ST PETERSBURG, FL 33711

**Instrument Number - 202118542**
Recorded On 3/29/2021 At 10:16:08 AM
\* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number -          User ID: JLC          \*Total Pages - 3
\* Mortgagor - NWL COMPANY, LLC  GRAHAM, ROBERTA
\* Mortgagee - U.S. BANK TRUST
\* Customer - SIMPLIFILE LC E-RECORDING

\*FEES
| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $40.25 |
| COUNTY RECORDING FEE | $18.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| RECORDER'S ARCHIVES FEE | $3.00 |
| PIN CERTIFICATIONS | $2.00 |
| TOTAL PAID | $65.75 |



I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

**PARCEL IDENTIFICATION NUMBER**
T7SE22-3-11A
Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

**INSTRUMENT NUMBER - 202118542        BOOK: 3021    PAGE: 77447**



```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
T7SE22 -3  -11A      -     HAZLETON CITY
         CERTIFIED 03/23/2021 BY RA
```

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

APN/PIN: ▮▮▮

Loan No: ▮▮▮                                  _____Space above for Recorder's use_____

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **NWL COMPANY, LLC**, whose address is **309 WEST 49TH STREET, NEW YORK, NY 10019**, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 10/27/2006
Original Loan Amount: $126,000.00
Executed by (Borrower(s)): **ROBERTA GRAHAM & VINCENT GRAHAM**
Original Lender: **WELLS FARGO BANK, N.A.**
Filed of Record: In Book/Liber/Volume 3006, Page 296247
Document/Instrument No. N/A in the Recording District of Luzerne, PA, Recorded on 10/27/2006.
**MUNICIPALITY: CITY OF HAZLETON**

Property more commonly described as: **585-587 MCKINLEY STREET, HAZLETON, PENNSYLVANIA 18201**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 3/12/2021

**NWL COMPANY, LLC, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: MURAT DENIZ                                             Witness Name: MAGED FARAG
Title: VICE PRESIDENT

I hereby certify the precise address of the within named U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES IV TRUST (*Assignee*) is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251.**

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **FLORIDA**
County of **PINELLAS**

On 3/12/2021, before me, JEFF G. JORDAN, a Notary Public, personally appeared MURAT DENIZ, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR NWL COMPANY, LLC, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization and that MURAT DENIZ, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): JEFF G. JORDAN
My commission expires: 02/26/2024