UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Graham<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust<br>v.<br><br>Vincent Graham<br>Roberta Graham – Co-Debtor<br>Jack N. Zaharopoulos<br>Respondents | CASE NO.: 23-00162-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: April 12, 2024 @ 10:00 AM<br><br>Objection Deadline: March 14, 2024 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust, together with any successor and/or assign, ("Movant") dated  March 5, 2024   and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause to permit Movant to exercise all rights available to it under applicable law with respect to 585-587 McKinley Street, Hazleton, PA 18201 ("Property"); and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Roberta Graham pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by

Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J.