UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Graham<br>　　　　Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust<br>v.<br><br>Vincent Graham<br>Roberta Graham – Co-Debtor<br>Jack N. Zaharopoulos<br>　　　　Respondents | CASE NO.: 23-00162-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: April 12, 2024 @ 10:00 AM<br><br>Objection Deadline: March 14, 2024 |

## CERTIFICATE OF SERVICE

I, Lauren Moyer, Esq., certify that on March 5, 2024, I caused to be served a true copy of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPORTING DOCUMENTS**, electronically and by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: March 5, 2024

　　　　　　　　　　　　　　　　　　　　By: /s/ Lauren Moyer
　　　　　　　　　　　　　　　　　　　　Lauren Moyer, Esq.
　　　　　　　　　　　　　　　　　　　　**FRIEDMAN VARTOLO LLP**
　　　　　　　　　　　　　　　　　　　　Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust
　　　　　　　　　　　　　　　　　　　　1325 Franklin Avenue, Suite 160
　　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　　T: (212) 471-5100
　　　　　　　　　　　　　　　　　　　　F: (212) 471-5150
　　　　　　　　　　　　　　　　　　　　Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

Roberta Graham
585-587 McKinley Street
Hazelton, PA 18201
Bankruptcy Co-Debtor

Vincent Graham
585-587 McKinley Street
Hazleton, PA 18201
Bankruptcy Debtor

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee