UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Vincent Graham<br>              Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust<br><br>        v.<br><br>Vincent Graham<br>Roberta Graham - Co-Debtor<br>Jack N. Zaharopoulos<br>              Respondents | CASE NO.: 5:23-bk-00162-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: April 12, 2024@ 10:00 AM |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Motion for Relief From the Automatic Stay and Co-Debtor Stay filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo Series IV Trust, together with any successor and/or assign, Dkt. # 61 ("Motion"), Debtor's Answer in response, after a hearing held on April 12, 2024, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause to permit Movant to exercise all rights available to it under applicable law with respect to 585-587 McKinley Street, Hazleton, PA 18201 ("Property"); it is further

**ORDERED** that the Co-Debtor stay in effect as it pertains to Roberta Graham pursuant to Section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and/or continue with a foreclosure action and eviction proceeding with regard to the Premises; it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 12, 2024