United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00162-MJC
Vincent Graham  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 28, 2024      Form ID: ordsmiss      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Vincent Graham, 585-587 McKinley St, Hazleton, PA 18201-4009 |
| cr | + | MCLP Asset Company, LLC as servicer for NewRez LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5518111 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 5518112 | | City of Hazleton, 40 N Church St, Hazleton, PA 18201-5862 |
| 5518116 | | Greater Hazleton Joint Sewer Authority, PO Box 651, Hazleton, PA 18201-0651 |
| 5518117 | | Hazleton Area School District, 1515 W 23rd St, Hazle Townshp, PA 18202-1647 |
| 5518119 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5518123 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5518124 | | U.S. Bank Trust N.A., 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 28 2024 18:36:30 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 5518109 | + | Email/Text: bankruptcy@rentacenter.com | Jun 28 2024 18:37:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5518110 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 28 2024 18:37:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5518113 | + | EDI: WFNNB.COM | Jun 28 2024 22:35:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5518114 | + | EDI: WFNNB.COM | Jun 28 2024 22:35:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5518115 | + | EDI: AMINFOFP.COM | Jun 28 2024 22:35:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5518118 | | EDI: IRS.COM | Jun 28 2024 22:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5519685 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 18:42:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5518120 | | Email/Text: fesbank@attorneygeneral.gov | Jun 28 2024 18:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5518121 | | EDI: PENNDEPTREV | Jun 28 2024 22:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5518121 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 5518122 | | ^ MEBN | Jun 28 2024 18:36:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5523905 | | Email/Text: bknotices@snsc.com | Jun 28 2024 18:37:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 5518125 | | ^ MEBN | Jun 28 2024 18:36:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5575250 | | MCLP Asset Company, LLC as servicer for NewRez LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 203 |
| 5518330 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor MCLP Asset Company  LLC as servicer for NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Igloo Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 1 Vincent Graham help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vincent Graham,       Chapter    13

**Debtor 1**

Case No.    5:23−bk−00162−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 28, 2024

ordsmiss (05/18)